# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

**v.**                                          **Crim. No. 5:15-CR-385-1FL**

**MARC LANGLEY**

On April 27, 2015, the above named was placed on probation for a period of 24 months. The offender has complied with the rules and regulations of probation, and is no longer in need of supervision.    It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                    I declare under penalty of perjury that the
                                          foregoing is true and correct.


/s/ Michael C. Brittain                   /s/ Timothy L. Gupton
Michael C. Brittain                       Timothy L. Gupton
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          310 New Bern Avenue, Room 610
                                          Raleigh, NC 27601-1441
                                          Phone: 919-861-8686
                                          Executed On: February 21, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___22nd___ day of ___February___, 2017.


_____
Louise W. FlanaganU.S. District Judge